UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AYALA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:25-cv-00644 JLT CDB<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT, AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT<br><br>(Docs. 12, 14) |

Daniel Ayala and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (Doc. 14 at 1-2.) Pursuant to the stipulation, the administrative law judge shall "will offer Plaintiff an opportunity for a hearing, take action to develop the administrative record, as necessary, and issue a new decision." (*Id.* at 1.) The parties also agree the Court should enter judgment in favor of Plaintiff and against the Commissioner. (*Id.* at 1-2.) Thus, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

2. Plaintiff's motion for summary judgment (Doc. 12) is terminated as **MOOT**.

///

///

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Daniel Ayala and against Defendant Frank Bisignano, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **September 2, 2025**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE